Dismissed and Memorandum Opinion filed February 15, 2007








Dismissed
and Memorandum Opinion filed February 15, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00700-CV

____________

 

HAROLD JAMES WHITTET, in his
capacity as Trustee of the 

Wanda J. Bennett-Rodgers Trust,
Appellant

 

V.

 

COMMERCE BANK., N.A., Appellees

 



 

On Appeal from the 61st District
Court

Harris County, Texas

Trial Court Cause No. 2005-25587

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed May 19, 2006.  On February 1, 2007, appellant
filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed
February 15, 2007.

Panel consists of Chief Justice Hedges and Justices Fowler and Edelman.